UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 3:06-792-JFA |
| | ) | |
| vs | ) | ORDER |
| | ) | |
| KENNETH TERRELL BALL | ) | |
| _____ | ) | |

The defendant, Kenneth Terrell Ball, was sentenced to a term of 121 months upon his guilty plea to cocaine base drug conspiracy charges. After Amendment 706 to the United States Sentencing Guidelines (USSG) became effective, the defendant's sentence was reduced to 120 months, the statutory mandatory minimum.

The government has now filed a motion for a reduction of sentence pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure. Specifically, the government suggests that the defendant has provided unrewarded substantial assistance in the investigation and prosecution of two defendants. In connection with its motion, the government recommends a three-level reduction in Ball's total offense level. Through counsel, Ball has responded and agrees with the three-level reduction. Defense counsel also provided information regarding Ball's attempts at rehabilitation while incarcerated, which the court has carefully considered pursuant to 18 U.S.C. § 3553.

The court grants the government's motion and will reduce the defendant's total offense level by three, resulting in a new offense level of 26. This yields an advisory guideline sentencing range of 77 to 96 months, and the court will sentence at the low end of this range. Accordingly, the defendant's sentence is hereby modified to provide for a

1

custodial sentence of 77 months.  All other aspects of the original sentence remain in full

force.

    IT IS SO ORDERED.

                                                Joseph F. Anderson, Jr.
                                                United States District Judge

November 22, 2011
Columbia, South Carolina